UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BIRD, | No.  2:13-2549 MCE CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| COUNTY OF TEHAMA, et al., | |
| Defendants. | |

By order filed December 29, 2013, plaintiff was ordered to show cause why this action is not barred under Heck v. Humphrey, 512 U.S. 477 (1994).  Plaintiff has not responded to the order to show cause.[1]

Although the allegations in plaintiff's complaint are vague and conclusory, it appears that plaintiff is attempting to bring an action under 42 U.S.C. § 1983 for violation of his civil rights in connection with the prosecution and conviction of plaintiff for unlawful fishing.  In Heck v. Humphrey, 512 U.S. 477 (1994), the United States Supreme Court held that a suit for damages on a civil rights claim concerning an allegedly unconstitutional conviction or imprisonment cannot be maintained absent proof  "that the conviction or sentence has been reversed on direct appeal,

---

[1] On January 6, 2014, plaintiff filed a "Motion Demanding Magistrate [sic] Delaney Obey Her Constitutional Oath and Honor the Plaintiff's 1st Amendment Right of Petition and to Have His Case Decided By a Jury."  ECF No. 4.  The motion is nonresponsive to the order to show cause.

1

expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus, 28 U.S.C. § 2254." Heck, 512 U.S. at 486. Under Heck, the court is required to determine whether a judgment in plaintiff's favor in this case would necessarily invalidate his conviction or sentence. Id. If it would, the complaint must be dismissed unless the plaintiff can show that the conviction or sentence has been invalidated. This court finds that plaintiff's action implicates the validity of plaintiff's conviction.

Plaintiff was afforded an opportunity to show that the conviction has been invalidated. Plaintiff has failed to do so. This action cannot therefore be maintained.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bird.heck.57