UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M. BIRD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TEHAMA and ARTHUR J. WYLENE,<br><br>　　　　　Defendants. | No.  2:13-cv-02549-MCE-CKD<br><br><br>**ORDER** |

　　　　Plaintiff Donald M. Bird ("Plaintiff"), acting pro se, filed a Complaint alleging the denial of his Fifth, Sixth and Seventh Amendment Rights because he was deprived of a jury trial when prosecuted for an infraction, specifically, a "conviction for fishing without a license."  ECF No. 1.  By order filed December 19, 2013, Plaintiff was directed to show cause why this action was not barred under Heck v. Humphrey, 512 U.S. 477 (1994).  ECF No. 3.  Plaintiff did not respond to the order to show cause and the Magistrate Judge recommended dismissal.  See ECF No. 5.  Although Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations, ECF No. 6, Plaintiff still failed to explain why this action should not be barred by Heck.  On March 4, 2014, this Court adopted the Magistrate Judge's findings and recommendations in full and ordered this action dismissed.  Order, ECF No. 8.

1          Plaintiff filed a Notice of Appeal on March 7, 2014.  ECF No. 11.  On March 14,
2  2014, the United States Court of Appeals for the Ninth Circuit referred the matter back to
3  this Court for the limited purpose of determining whether Plaintiff's in forma pauperis
4  status should continue on appeal or whether that status should be revoked because the
5  appeal is frivolous or taken in bad faith.  ECF No. 14.  See 28 U.S.C. § 1915(a)(3); see
6  also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of
7  forma pauperis status is appropriate where district court finds the appeal to be frivolous).
8  An issue is frivolous if it has "no arguable basis in fact or law."  O'Loughlin v. Doe,
9  920 F.2d 614, 617 (9th Cir. 1990).
10          In this case, not only did Plaintiff fail to comply with the Order to Show Cause, but
11  he never explained how this action survives under Heck, 512 U.S. at 486.  Moreover,
12  under California law, "[a]n infraction is not punishable by imprisonment [and a] person
13  charged with an infraction shall not be entitled to a trial by jury."  Cal. Penal Code § 19.6;
14  see United States v. Clavette, 135 F.3d 1308, 1309-10 (9th Cir.1998) (presumption that
15  jury trial not required for crimes punishable by six months or less).  Thus, Plaintiff's
16  appeal is not taken in good faith as Plaintiff has refused to comply with this Court's
17  Order, and he has presented "no arguable basis in fact or law" to support this position.
18  O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir.1990).
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**CONCLUSION**

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status is hereby REVOKED; and

2. The Clerk of the Court is ordered to transmit a copy of this Order to the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit for filing on the docket of Case No. 14-15449.

IT IS SO ORDERED.

Dated: March 25, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT